THE UNITED STATES DISTRICT COURT FOR

SOUTHCAROLINA, GREENVILLE.

RECEIVED
USDC, CLERK GREENVILLE, SC

2019 AUG 28 PM 12: 13

Michael j Davis,

v||.

United States of America,                    case number: 6:cr1700924TMC

NOTICE OF APPEAL

Dear Clerk,

This lettr is in response to the oder i recieved from your office on 8-22-2019 for vacatuer and reinstatement dated 8-20-2019. It is also to make the courts aware that i do wish to initiate the appeal process. Your assistance in this matter would be greatly appreciated. wolukld you please send me any and all information, proceedure and or documents that i may require. thankyou for your time and consideration in this metter.

Respectfully.

date. 8/26/2019        Signature Michael J Davis

This letter wasa entered into the legal mailing system at FCI Williamsburg on 8/26/2019.