Michael Davis #32911-171
FCI Williamsburg
PO Box 340
Salters, S.C. 29590

legal mail

⇔32911-171⇔
Clerk Of Court
300 E Washington ST
Greenville, SC 29601
United States

29601-283364

COLUMBIA SC 290
26 AUG 2019 PM 4 L

X-RAYED BY USMS

OD 8-28-19

FOREVER USA
PURPLE HEART

RECEIVED
USDC, CLERK GREENVILLE, SC

2019 AUG 28 PM 12: 13

[envelope stamp, rotated:]

USP LEWISBURG
P.O. [...]
SALTERS [...] 9590

Date: 8/26/19

The enclosed letter was processed through special mail procedures for forwarding to you. The letter was neither opened nor [...] If the writer raises a problem over which [...] has jurisdiction, you may wish to return [...] material for further information or clarification. If the writer encloses correspondence for forwarding to another address, return the enclosure to the above address

_____
Officer